# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **Jessie Ketterling,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. ) 13-3322-CV-S-JTM |
| **Carolyn W. Colvin,** | ) ) |
| **Defendant.** | ) ) ) |

## O R D E R

On September 11, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed January 6, 2014, [Doc. 8] and the *Brief For Defendant*, filed March 24, 2014 [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                         */s/ John T. Maughmer*
                                         **JOHN T. MAUGHMER**
                                         **U. S. MAGISTRATE JUDGE**